IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL MATTIA | : | CIVIL ACTION |
| v. | : | |
| MARY LOU BAKER | : | NO. 17-4298 |

<u>ORDER</u>

AND NOW, this 17th day of December, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendant for summary judgment (Doc. # 27) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.